# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

## NOTICE OF PAPER FILING

No. <u>15-7072</u>    Caption: <u>Dwight E. Robbins v. District of Columbia</u>

Document: <u>Sealed Supplement to the Joint Appendix</u>

Under Seal:    [X] Yes    [ ] No    [ ] In Part:  Vols.<u>                    </u>

<u>Dwight E. Robbins</u>    as the <u>Appellant</u>
(party name)                (appellant, appellee, petitioner, respondent)

certifies that the above-referenced document has been filed and served as follows:

Filed by <u>Hand Delivery</u>    on <u>December 9, 2015</u>

Served by <u>email</u>    on <u>December 8, 2015</u>

to:

    Stacy Anderson
    Holly M. Johnson
    OFFICE OF THE ATTORNEY GENERAL
    OFFICE OF THE SOLICITOR GENERAL
    441 4th Street, NW, 6th Floor
    Washington, DC  20001
    (202) 727-3400
    StacyL.Anderson@dc.gov
    holly.johnson@dc.gov

    *Counsel for Appellee*

<u>December 8, 2015</u>    <u>/s/ Camilla C. McKinney</u>
(date)                (signature)