NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 15-7072

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DWIGHT E. ROBBINS,
APPELLANT,

v.

DISTRICT OF COLUMBIA,
APPELLEE.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**CONSENT MOTION OF APPELLEE THE DISTRICT OF COLUMBIA FOR A 30-DAY ENLARGEMENT OF TIME TO FILE ITS BRIEF**

Appellee's brief is presently due on January 12, 2016. Appellee is seeking a 30-day enlargement of time to file its brief, to and including February 11, 2016. Counsel for appellant consents to this motion and additionally requests that appellant be given a total of 30 days to file his reply brief.

There is good cause for the requested extension. Undersigned counsel has been heavily engaged with the press of other matters in this Court and in the D.C. Court of Appeals. Given these and other deadlines, appellee needs an extension of time in which to file its brief in this appeal.

Accordingly, the Court should grant appellees' motion to extend the time to file their brief to and including February 11, 2016.

                                Respectfully submitted,

                                KARL A. RACINE
                                Attorney General for the District of Columbia

                                TODD S. KIM
                                Solicitor General

                                LOREN L. ALIKHAN
                                Deputy Solicitor General

                                /s/ Stacy L. Anderson
                                STACY L. ANDERSON
                                Senior Assistant Attorney General
                                Bar Number 475805
                                Office of the Solicitor General

                                Office of the Attorney General
                                441 4th Street, NW, Suite 600S
                                Washington, D.C. 20001
                                (202) 724-6625
                                (202) 741-5922 (fax)
December 2015                   stacy.anderson2@dc.gov

## CERTIFICATE OF SERVICE

I certify that on December 16, 2015, electronic copies of this motion were served through the Court's ECF system, to:

Camilla McKinney

                                          /s/ Stacy L. Anderson
                                          STACY L. ANDERSON